IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER H. WEST | : | CIVIL ACTION |
| | : | NO. 14-5210 |
| v. | : | |
| | : | |
| WARDEN MCFADDEN, et al. | : | |

## ORDER

AND NOW this 13th day of April, 2016, upon consideration of defendant Dr. Victoria Gessner's motion for summary judgment, Dkt. No. 22, the motion of defendant Warden D. Edward McFadden for judgment on the pleadings pursuant to Rule 12(c), Dkt. No. 24, and plaintiff Christopher H. West's response to defendants' motions, Dkt. No. 25, and consistent with the accompanying memorandum of law, it is ORDERED that:

1. Defendant McFadden's motion is GRANTED and JUDGMENT IS ENTERED in favor of Warden D. Edward McFadden and AGAINST Christopher H. West.

2. Defendant Gessner's motion is GRANTED and JUDGMENT IS ENTERED in favor of Dr. Victoria Gessner and AGAINST Christopher H. West.

The Clerk of Court shall mark this case CLOSED for statistical purposes.

                                                  *s/Thomas N. O'Neill, Jr.*
                                                  THOMAS N. O'NEILL, JR., J.